**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONALD DEAN WALKER, | ) | NO. CV 11-4292-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RANDY GROUNDS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:    7/18   , 2011.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE